# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SUSAN L. BUTLER and PATRICK J. BUTLER,

Plaintiffs,

v.

CHADEAYNE, LLC, et al.,

Defendants.

C17-1443 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' unopposed motion for extension of time, docket no. 34, is GRANTED. The deadline for defendants to file a responsive pleading or motion is EXTENDED to December 8, 2017.

(2) Although the Notice of Removal indicates that plaintiff Susan Butler's middle initial is "J," the pleading filed by plaintiffs in state court in Missouri states that Susan Butler's middle initial is "L." *See* Ex. A to Notice of Removal (docket no. 1-1). The Clerk is DIRECTED to modify the docket accordingly.

(3) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1