UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN L. BUTLER; and PATRICK J. BUTLER,

Plaintiffs,

v.

CHADEAYNE, LLC; and ANDREW R. CHADEAYNE,

Defendants.

C17-1443 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to modify the case schedule, docket no. 40, is GRANTED in part as follows. The deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED from May 14, 2018, to May 30, 2018. Any rebuttal expert disclosures shall be made in accordance with Federal Rule of Civil Procedure 26(a)(2)(D)(ii). Defendants' motion is otherwise DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1