# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN L. BUTLER, and<br>PATRICK BUTLER,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHADEAYNE, LLC, et al.,<br><br>    Defendants. | No. 2:17-CV-01443-TSZ<br><br>**DEFENDANTS' FRCP 26(a)(2) DISCLOSURE** |

    COME NOW Defendants Andrew R. Chadeayne and Chadeayne, LLC (collectively, "Defendants"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(a)(2) and this Court's Order of May 4, 2018 (Doc. No. 43), and for their FRCP 26(a)(2) Disclosure, state as follows:

    1.    Defendants disclose Alan Minsk as a witness that Defendants may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705. His written report and materials required to be disclosed by Fed. R. Civ. P. 26(a)(2)(B)(i)-(vi) have been provided to Plaintiffs via e-mail.

DEFENDANTS' FRCP 26(a)(2) DISCLOSURE- 1
(2:17-CV-01443-TSZ)
4075860

**BOYLE BRASHER LLC**
211 N. Broadway, Suite 2300
St. Louis, MO 63102
(P) 314-621-7700 • (F) 314-621-1088

2. Defendants reserve the right to disclose rebuttal witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(D)(ii) and this Court's Order of May 4, 2018 (Doc. No. 43).

DATED this 30th day of May 2018.

           Respectfully submitted,

           **BOYLE BRASHER LLC**

           /s/ William A. Brasher
           William A. Brasher, WSBA #14005
           One Metropolitan Square
           211 N. Broadway, Ste. 2300
           St. Louis, Missouri 63102
           P: (314) 621-7700
           F: (314) 621-1088
           wbrasher@boylebrasher.com

           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, I caused the original of the foregoing document to be filed with the Clerk of the Court via electronic filing, who will send notification of filing to the following:

| | |
|---|---|
| Douglas P. Dowd | Michael B. Tierney |
| Alex R. Lumaghi | Paul Correa |
| Dowd & Dowd, P.C. | Tierney & Correa, P.C. |
| 211 N. Broadway, Suite 405 | 719 Second Avenue |
| St. Louis, MO 63105 | Suite 701, Millennium Tower |
| doug@dowdlaw.net | Seattle, WA 98104 |
| alex@dowdlaw.net | P: 206-232-3074 |
| P: 314-621-2500 | F: 206-232-3076 |
| F: 314-621-2503 | tierney@tierneylaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

DATED this 30th day of May 2018.

           /s/ William A. Brasher
           William A. Brasher, WSBA#14005

DEFENDANTS' FRCP 26(a)(2) DISCLOSURE- 2
(2:17-CV-01443-TSZ)
4075860

**BOYLE BRASHER LLC**
211 N. Broadway, Suite 2300
St. Louis, MO 63102
(P) 314-621-7700 • (F) 314-621-1088