UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN L. BUTLER, and<br>PATRICK J. BUTLER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHADEAYNE, LLC and,<br>ANDREW R. CHADEAYNE.<br><br>　　　　　Defendants. | CASE NO. 2:17-CV-01443-TSZ<br><br>**PLAINTIFFS' FRCP 26(a)(2) EXPERT DISCLOSURES** |

**PLAINTIFFS' EXPERT DISCLOSURES**

　　COME NOW Plaintiffs Susan L. Butler and Patrick J. Butler ("collectively Plaintiffs"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(a)(2) and this Court's Order of May 4, 2018 (Doc. No. 43), and for their Fed.R.Civ.P. 26(a)(2) Disclosures, state as follows:

　　1.　　Plaintiffs disclose John S. Kyle, Esq. as a witness that Plaintiffs may use at trial to present evidence under Federal Rules of Evidence 702, 703, or 705. His written report and materials required to be disclosed by Fed. R. Civ. P. 26(a)(2)(B)(i)-(iv) have been provided to Defendants via e-mail.

　　2.　　Plaintiffs disclose Fernando Torres, MSc. as a witness that Plaintiffs may use at trial to present evidence under Federal Rules of Evidence 702, 703, or 705. His written report and materials required to be disclosed by Fed. R. Civ. P. 26(a)(2)(B)(i)-(iv) have been provided to

1  Defendants via e-mail.

2      3.    Plaintiffs reserve the right to disclose rebuttal witnesses pursuant to Fed. R. Civ. P.
3  26(a)(2)(D)(ii) and this Court's Order of May 4, 2018.
4  Respectfully submitted this 30th day of May, 2018.

                                      Respectfully submitted,

                                      DOWD & DOWD, P.C.

                          BY:    /s/ Alex R. Lumaghi
                                      DOUGLAS P. DOWD (MO29240)
                                      ALEX R. LUMAGHI (MO56569)
                                      211 North Broadway, Suite 4050
                                      St. Louis, Missouri   63102
                                      (314) 621-2500 Fax (314) 621-2503
                                      doug@dowdlaw.net
                                      alex@dowdlaw.net

                                      Michael B. Tierney, WSBA #13662
                                      Tierney& Correa, P.C.
                                      719 Second Avenue
                                      Ste. 701, Millennium Tower
                                      Telephone: 206-232-3074
                                      Facsimile: 206-232-3076
                                      Email: tierney@tierneylaw.com
                                      ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the State of Washington, I caused the original of the foregoing document to be filed with the Clerk of the Court via electronic filing, who will send notification of filing to the following:

William A. Brasher, WSBA #14005
Boyle Brasher LLC
One Metropolitan Square
211 N. Broadway, Ste. 2300
St. Louis, Missouri 63102
P: (314) 621-7700
F: (314) 621-1088
wbrasher@boylebrasher.com
*Attorneys for Defendants*

/s/ Alex. R. Lumaghi