**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SUSAN L. BUTLER, and<br>PATRICK J. BUTLER,<br><br>      Plaintiffs,<br><br>  v.<br><br>CHADEAYNE, LLC, et al.,<br><br>      Defendants. | No. 2:17-CV-01443-TSZ<br><br>**JOINT STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Susan L. Butler and Patrick J. Butler and Defendants Andrew R. Chadeayne and Chadeayne, LLC, by and through their attorneys, hereby stipulate to the dismissal of this matter with prejudice, with each party to bear its own fees and costs.

DATED this <u>11th</u> day of <u>July</u> 2018.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 1
(2:17-CV-01443-TSZ)
4081989

**BOYLE BRASHER LLC**
211 N. Broadway, Suite 2300
St. Louis, MO 63102
(P) 314-621-7700 • (F) 314-621-1088

Respectfully submitted,

| **DOWD & DOWD, P.C.** | **BOYLE BRASHER LLC** |
|---|---|
| /s/ Douglas P. Dowd* | /s/ William A. Brasher |
| Douglas P. Dowd, MO 29240 | William A. Brasher, WSBA #14005 |
| Alex R. Lumaghi, MO 56569 | One Metropolitan Square |
| 211 N. Broadway, Ste. 4050 | 211 N. Broadway, Ste. 2300 |
| St. Louis, Missouri 63102 | St. Louis, Missouri 63102 |
| P: (314) 621-2500 | P: (314) 621-7700 |
| F: (314) 621-2503 | F: (314) 621-1088 |
| doug@dowdlaw.net | wbrasher@boylebrasher.com |
| alex@dowdlaw.net | |
| | *Attorneys for Defendants* |

Michael B. Tierney, WSBA #13662
Tierney & Correa, P.C.
719 Second Avenue
Suite 701, Millennium Tower
Seattle, WA  98104
P: (206) 232-3074
F: (206) 232-3076
tierney@tierneylaw.com

*Attorneys for Plaintiffs*

*Affixed with permission of counsel.

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, I caused the original of the foregoing document to be filed with the Clerk of the Court via electronic filing, who will send notification of filing to all parties of record.

DATED this 11th day of July 2018.

/s/ William A. Brasher
William A. Brasher, WSBA#14005

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 2
(2:17-CV-01443-TSZ)
4081989

**BOYLE BRASHER LLC**
211 N. Broadway, Suite 2300
St. Louis, MO 63102
(P) 314-621-7700 • (F) 314-621-1088